UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON COMPLIMENT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 1:14-CV-00175-SEB-MJD |
| HENDRICKS COUNTY SHERIFF, | ) |
| ADVANCED CORRECTIONAL | ) |
| HEALTHCARE INC., | ) |
| HAROLD GIBSON, in his individual | ) |
| capacity as Hendricks County Jail | ) |
| commander, and | ) |
| MARK RUIZ, in his individual capacity | ) |
| as Hendricks County Jail Physician | ) |
| NADIR AL-SHAMI, in his individual | ) |
| capacity as Hendricks County Jail Physician | ) |
| | ) |
| Defendant. | ) |

## ORDER

Comes now the parties by their respective counsels having stipulated to dismiss the remaining Defendants, Sheriff David Galloway of Hendricks County, Jail Commander Harold Gibson of Hendricks County, and Advanced Correctional Healthcare, Inc., and the Court being duly advised hereby finds said Stipulation to be in order and hereby dismisses all remaining Defendants in this case with Prejudice. All costs paid. SO ORDERED.

10/24/2014
Date

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution by the EC/F System:

Richard Waples- *richwaples@aol.com*

Carol Dillon- *carol@bleekedilloncrandall.com*

Kenneth Collier-Magar- *kenneth@cmrlawfirm.com*